IN THE SECOND DISTRICT COURT OF APPEAL, LAKELAND, FLORIDA

January 15, 2016

VINCENT HARRISON,

            Petitioner,

v.                              Case No. 2D15-2436

STATE OF FLORIDA,

            Respondent.

ORDER WITHDRAWING OPINION

The court on its own motion grants rehearing and withdraws the opinion dated December 23, 2015.

I HEREBY CERTIFY THE FOREGOING IS A
TRUE COPY OF THE ORIGINAL COURT ORDER.

_____
MARY ELIZABETH KUENZEL, CLERK